1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD CLOYCE WAGDA,<br><br>         Plaintiff,<br><br>     v.<br><br>WELLS FARGO & COMPANY, a corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association; WELLS FARGO FINANCIAL LEASING INC., a corporation; and DOES 1–100, jointly and severally,<br><br>         Defendants. | No.  2:19-cv-01065-MCE-EFB<br><br>**ORDER RE PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

     Having reviewed Plaintiff's Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) and the other files and records in this case, IT IS HEREBY ORDERED THAT this action is DISMISSED, without prejudice, in its entirety.  The Clerk of Court is directed to close the case.

     IT IS SO ORDERED.

Dated:  January 5, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1